**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-531-FDW-DCK**

| | | |
|---|---|---|
| **ALICE SLIGH FUNDERBURK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **GREINER BIO-ONE NORTH** | ) | |
| **AMERICA, INC.,,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

     **THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes.  The undersigned's chambers was informed by telephone call from the office of Plaintiff's counsel that the parties have reached an agreement to settle this case.  Both counsel and the parties are commended for their efforts to resolve this matter short of trial.  The parties are to file all documents needed to effectuate the settlement of a case within thirty (30) days of reaching an agreement, unless additional time is sought and granted by the Court.

     **IT IS THEREFORE ORDERED** that the parties shall file all documents necessary to effectuate the settlement of this case on or before **February 7, 2011**.

     **SO ORDERED**.

Signed: January 6, 2011

David C. Keesler
United States Magistrate Judge